980

No. 00–8573.  COLTIN v. TOWN OF LONDONDERRY, NEW HAMP-
SHIRE, ET AL.  C. A. 1st Cir.  Certiorari denied. ▉

No. 00–8576.  JOHNSON v. KYLER, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d
Cir.  Certiorari denied. ▉

No. 00–8579.  OZERSON v. POOLE, WARDEN, ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 00–8582.  ROBINSON v. WYOMING.  Sup. Ct. Wyo.  Certio-
rari denied. ▉

No. 00–8590.  MILLER v. RALPH WILSON PLASTICS CO.  C. A.
11th Cir.  Certiorari denied. ▉

No. 00–8596.  THOMAS v. EARLEY, ATTORNEY GENERAL OF
VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied. ▉

No. 00–8600.  WERTS v. VAUGHN, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d
Cir.  Certiorari denied. ▉

No. 00–8607.  GONZALES v. ELO, WARDEN.  C. A. 6th Cir.
Certiorari denied. ▉

No. 00–8612.  ROBINSON v. MISSOURI.  Ct. App. Mo., Western
Dist.  Certiorari denied.

No. 00–8613.  GARDNER v. GREEN ET AL.  C. A. 11th Cir.
Certiorari denied.

No. 00–8637.  SHOLLEY v. MASSACHUSETTS.  Sup. Jud. Ct.
Mass.  Certiorari denied. ▉

No. 00–8640.  EDWARDS v. FLORIDA DEPARTMENT OF CORREC-
TIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–8645.  SCOTT v. NUNN, ADMINISTRATOR, SOUTH WOODS
STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–8651.  JOHNSON v. JONES, WARDEN.  C. A. 6th Cir.
Certiorari denied. ▉